IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN RAFAEL RODRIGUEZ IZAGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC.,<br><br>Defendant. | 8:24CV168<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 6th day of June 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge